

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NEUROSURGICAL SPECIALIST OF EL PASO, PLLC., | § | No. 08-23-00262-CV |
| | § | Appeal from the |
| Appellant/Cross-Appellee, | | |
| | § | 448th Judicial District Court |
| v. | | |
| | § | of El Paso County, Texas |
| HAROLD K. SMITH, M.D., | | |
| | § | (TC#2023DCV2905) |
| Appellee/Cross-Appellant. | | |
| | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the joint motion to dismiss of the parties, which we construed as individual motions to dismiss the respective appeals of the parties, wherein they both indicate they have settled their dispute in this proceeding and in the underlying litigation. We conclude the joint motion as construed should be granted and the appeal and cross-appeal should be dismissed. We therefore dismiss the appeal and cross-appeal. We further order each party to bear their own costs of this proceeding pursuant to their agreement and joint motion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF FEBRUARY 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.